IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOMINGINHO POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Darrah |
| | ) | |
| -vs- | ) | Case No.: 1:10-cv-07852 |
| | ) | |
| WEST ASSET MANAGEMENT, INC., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF
CROSS MOTION FOR SUMMARY JUDGMMENT**

On January 24, 2012, this Honorable Court granted defendant's unopposed motion to stay all proceedings in this matter pending the Seventh Circuit Court of Appeals' decision in *Soppet, et al. v. Enhanced Recovery Co*, 11-3819.

Accordingly, defendant hereby withdraws its previously filed cross motion for summary judgment [Dkt. 23] <u>without prejudice</u> and with leave to re-file said motion when the stay is lifted.

Dated: January 24, 2012

Respectfully submitted,

/s/ Daniel W. Pisani
Attorney for West Asset Management, Inc.

James K. Schultz
Daniel W. Pisani
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
55 West Monroe St., Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Facsimile: 312-578-0991
jschultz@sessions-law.biz
dpisani@sessions-law.biz

## **CERTIFICATE OF SERVICE**

I certify that on January 24, 2012 a copy of the foregoing **NOTICE OF WITHDRAWAL OF CROSS MOTION FOR SUMMARY JUDGMEMENT** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel, as described below. Parties may access this filing through the Court's system.

Alexander H. Burke
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: 312-729-5288
Facsimile: 312-729-5289
aburke@burkelawllc.com

                                          Respectfully submitted,

                                          /s/ Daniel W. Pisani
                                          Attorney for West Asset Management, Inc.