# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dominginho Powell

                                  Plaintiff,

v.                                                Case No.: 1:10–cv–07852
                                                        Honorable John W. Darrah

West Asset Management, Inc.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2012:

      MINUTE entry before Honorable Sidney I. Schenkier: The parties report that a settlement has been reached, and that they will present appropriate dismissal papers to the presiding district judge by 7/20/12. Accordingly, the settlement conference set with the magistrate judge on 9/07/12 is stricken, and the referral is hereby terminated. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.