IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOMINGINHO POWELL,<br>    Plaintiff,<br><br>    v.<br><br>WEST ASSET MANAGEMENT, INC.,<br>    Defendant. | )<br>)  1:10-cv-7852<br>)<br>)<br>)  Judge Darrah<br>)<br>)<br>)  JURY DEMANDED<br>) |

## STIPULATION FOR DISMISSAL

The parties to this action hereby stipulate to dismissal of this action with prejudice, without costs. Fed.R.Ciuv.P. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

/s/James Schultz
Counsel for Defendant

Sessions, Fishman, Nathan & Israel, L.L.C.
55 W. Monroe St., Suite 1120
Chicago, IL 60603
(312) 578-0993
Jschultz@sessions-law.biz